UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-00055-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRANQUERE SANCHEZ IRONS | AMENDED<br>**ORDER** |

This matter is before the Court on the defendant's unopposed Motion to Extend the Pretrial Motions Deadline and to Continue the Arraignment and Trial. Upon good cause shown, it is hereby **ORDERED** that an extension of time to file any and all pretrial motions is **GRANTED**. The defendant shall be allowed through and including August 19, 2016 to file said motions.

Responses to motions shall be due by September 2, 2016.

For good cause shown, it is hereby **ORDERED** that the arraignment in this matter be continued until September 26, 2016.

For the reasons set forth in defendant's motion, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The delay occasioned by this continuance shall be excluded in computing the defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

This 12 day of July, 2016.

JAMES C. FOX
Senior United States District Judge